# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Timothy W. Crawford<br>2665 Fairfax Drive<br>Upper Arlington, OH 43220<br><br>APN: 070007652 | United States Securities and Exchange Commission |

| Amount of Judgment | Names of Creditors' Attorney | Docketed |
|---|---|---|
| $50,000.00<br>(Penalty)<br><br>Plus post-judgment interest | Christy J. White<br>Assistant Chief Litigation Counsel<br>Division of Enforcement<br>Office of Collections<br>100 F. Street, N.E., Mail Stop 5628<br>Washington, DC 20549 | Case No. 2:19-cv-01022-MHW<br><br>Docket No. 32<br><br>Judgment Entered: 02/10/20 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE

__SOUTHERN__    DISTRICT OF    __OHIO__

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, December 10th, 2020

By _[signature]_, Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Timothy W. Crawford<br>2665 Fairfax Drive<br>Upper Arlington, OH  43220<br><br>APN: 070007652 | United States Securities<br>and Exchange Commission |

| Amount of Judgment | Names of Creditors' Attorney | Docketed |
|---|---|---|
| $5,965.00<br>(Disgorgement and Prejudgment Interest)<br><br>Plus post-judgment interest | Christy J. White<br>Assistant Chief Litigation Counsel<br>Division of Enforcement<br>Office of Collections<br>100 F. Street, N.E., Mail Stop 5628<br>Washington, DC  20549 | Case No.  2:19-cv-01022-MHW<br><br>Docket No.  32<br><br>Judgment Entered: 02/10/20 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE

__SOUTHERN__ DISTRICT OF __OHIO__

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, December 10th, 2020

By [signature], Clerk