**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Plaintiff,<br>v.<br><br>TIMOTHY W. CRAWFORD, and CARDINAL ENERGY GROUP, INC.,<br><br>        Defendant. | Case No.: **2:19-cv-01022-MHW-CMV**<br><br>**Judge Watson**<br>**Magistrate Judge Vascura** |

**SATISFACTION OF MONETARY PROVISIONS ONLY OF THE FINAL JUDGMENT AGAINST DEFENDANT TIMOTHY W. CRAWFORD**

Plaintiff, United States Securities and Exchange Commission, hereby acknowledges that Defendant, Timothy W. Crawford, remitted payments in the total amount of $56,730.60 on October 15, 2020, and April 9, 2021. These payments satisfied the monetary provisions of the Final Judgment entered by this Court on February 10, 2020, as it pertains to Timothy W. Crawford. All other provisions of and relief granted by the Final Judgment remain in effect.

This satisfaction does not affect any other Judgment entered against any other defendant in the above captioned matter.

Dated: June 28, 2021        Respectfully submitted,

/s/ Christy White
Christy J. White (D.C. Bar No. 974102)
**U.S. Securities and Exchange Commission**
100 F Street, NE, Mail Stop 5628
Washington, DC 20549
Counsel for Plaintiff